**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6125**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DAVID M. HARRIS,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Benson  Everett  Legg,  Senior  District
Judge.   (1:01-cr-00115-BEL-3; 1:10-cv-03657-BEL)

———————

Submitted: December 17, 2013        Decided: December 19, 2013

———————

Before KING, GREGORY, and WYNN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

David M. Harris, Appellant Pro Se.   Christopher John Romano,
Assistant  United  States  Attorney,  Baltimore,  Maryland,  for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David M. Harris seeks to appeal the district court's order granting in part, and denying in part, relief on his 28 U.S.C.A. § 2255 (West Supp. 2013) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Harris has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal

2

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED